**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK LEININGER, an individual; VALERIA LEININGER, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Florida corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2-21-cv-000530-SB-PDx<br><br>Assigned to the Hon. Stanley Blumenfeld, Jr.<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF COMMONWEALTH LAND NATIONAL TITLE INSURANCE COMPANY - [F.R.C.P. 41(a)(1)(A)(ii)]**<br><br>Date filed: January 20, 2021<br>Trial Date: January 31, 2022 |

Pursuant to the foregoing stipulation of the parties, defendant COMMONWEALTH LAND TITLE INSURANCE COMPANY is hereby dismissed from the above-captioned action, without prejudice.

The Court notes that the parties should avoid firm watermarks on proposed orders in the future, in order to ensure compliance with Judge Blumenfeld's Civil Standing Order Section 5(c)(i).

IT IS SO ORDERED.

Dated: August 9, 2021

*[signature]*
_____
Stanley Blumenfeld, Jr.
United States District Court Judge